ROBERTA MALORI
S.I.D. # A-1255612

DATED 12-26-21
CC: LEK/KJM ONLY    NO I.F.P.

**ORIGINAL**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JAN 10 2022
at 5 o'clock and 00 min. P M
MICHELLE RYNNE, CLERK
LS

Received By Mail
Date JAN 10 2022

UNITED STATES DISTRICT COURT FOR TE DISTRICT OF HAWAII

ROBERTA MALORI
                    (Plantiff)
VS.
O.C.C.C. Oahu correctional

CV22 00024 LEK KJM

COMPLAINT WITH REQUEST OF INJUNCTION injunction
AGAINST GHOST DETAINED AND FORCE DISAPPEARANCE CRIME

O.C.C.C. Mailroom notified me on 12-22-21. that all forms and correspondence coming in or out of the O.C.C.C with my true name ROBERTA MALORI will not be processed and returned.

O.C.C.C., on Court date 6-28-21, Aco's have verified to the Judge that my name is ROBERTA MALORI (AKA) WILBORN. with the acknowledge of the PUBLIC DEFFENDAND.

Therefore O.C.C.C, they know me with both name (AKA) WILBORN. Mailroom and the administrative REMEDY UNIT, they have fotocopies of my American passport and others state and federal documentations showing true name ROBERTA MALORI.

All this time they process all my correspondence with both name. Therefore now, refusing to given and to return or to mail out or to give back to me my mail. O.C.C.C acting in obstruction to the justice. Caused I file a complaint against O.C.C.C. Civil n. CV21 00420 LEK KJM. make impossible any communications in and out by me. Therefore it is impossible to proceeding with the complaint

REQUEST FOR RELIEF : To given back to me all followed letters, of which I have mailed out; if they have not been mailed out, I ASK FOR an injunction against O.C.C.C. to return those LETTERS TO ME or to mail out those correspondence, and to given to me any legal and not legal correspondence sent to me with my true name ROBERTA MALORI IN PARTICULARE THE ONE SENT TO ME FROM U.S. DISTRICT COURT.

Roberta Malori  #A1055612
OAHU COMMUNITY CORRECTIONAL CENTER
2199 KAMEHAMEHA HWY
HONOLULU, HI 96819

O.C.C.C. refusing to mail out or to returned my mail. O.C.C.C. throwing away all my mail. Therefore O.C.C.C. is in complicity to identity, document, benefit, medical, disability, SSI, fingerprints, immigrations fraude. And to coencel my true records. THE FOLLOWING ARE THE LETTERS I MAILED OUT AND THE MAIL ROOM HAVE THROWED AWAY AND never returned to me:

MAILS OUT
- 12-23-21 Nelson Goo - requesting my file      12-23-21 Attorney Brower Charles
- 12-23-21 U.S District court request a copy     12-23-21 Attorney Bybea Edward
- 12-23-21 DPT Risk management request copy damage and injury  12-23-21 Attorney Keith
- 12-23-21 Capital information Practice (request of record under my true name ROBERTA MALORI
- 12-23-21 Department of Health Vital Records office - request of my records under my true name
- 12-23-21 Med Quest - request of my record    12-23-21 - Brown Myles attorney
- 12-19-21 Gail manner P.O.                    12-23-21 - Attorney Haykawa David
- 12-19-21 to the office disciplinary Counsel against Nelson Goo  12-25-21 letter to warden
- 12-23-21 to record of 4-29-19                              12-25-21 letter F.B.I.
- 12-23-21 to Circuit court motions and documentations    12-25-21 letter ombudsman
- 12-22-21 D.H.S office request record true name ROBERTA MALORI
- 12-22-21 Med Quest      "       "       "
- 12-21-21 to gail manner P.O.
- 12-23-21 ombudsman with copie grievence #014113 and others
- 12-23-21 District court request docket records and blank copy prisoner complaint
- 12-23-21 Gail manner                      12-27-21 - to circuit court letter to judge
- 12-26-21 letter to ombudsman 12 pages